DABNEY N. PRICE, Plaintiff in Error, *v.* NORTH MISSOURI RAIL- ROAD COMPANY, Defendant in Error.

1. Blankenship v. North Mo. R.R. Co., *ante,* p. 376, affirmed.

*Error to Clinton Circuit Court.*

*Birch*, and *Vories & Vories*, for plaintiff in error.

*G. W. Dunn*, for defendant in error.

WAGNER, Judge, delivered the opinion of the court.

The record in this case does not differ from the one in the case of Blankenship v. North Mo. R.R. Co., *ante*, p. 376, and for the reasons stated in that case, the judgment herein will be affirmed. The other judges concur.